Leslie F. Ditlow, Esquire
We Care Legal Services, PLLC
3907 Newportville Road
Newportville, PA 19056
Cell: 215-594-3960
lditlow@wecarelegalpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHRISTINE C. HEASLEY     :     Case No.: 25-12073-DJB-7
                                 :
Debtor                           :     Chapter: 7

### REQUEST FOR NOTICE PURSUANT TO THE BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT We Care Legal Services, PLLC hereby gives notice as follows:

Pursuant to 11 U.S.C. § 342(f)(1), We Care Legal Services, PLLC requests that:

(i) All notices given or required to be given in the case; and
(ii) All pleadings and correspondence served or required to be served in this case,

Regarding We Care Legal Services, PLLC and that documentation produced pursuant to this notice are directed to We Care Legal Services, PLLC at the following mailing address:

We Care Legal Services, PLLC
3907 Newportville Road
Newportville, PA 19056

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 and/or 9008 of the Bankruptcy Code, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans and any other documents brought before this Honorable Court om this matter, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, telecopier, teletex or otherwise which affects or seeks to affect the above-captioned matter.

Respectfully submitted,

Leslie F. Ditlow, Esquire  (Attorney ID 88689)
Attorney for We Care Legal Services, Pllc
3907 Newportville Road
Newportville, PA 19056
215-594-3960
lditlow@wecarelegalpa.com