**Exhibit "A"**

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:  Christine Heasley**                 :          **Chapter 7**

                                             :

                                             :

            **Debtor**                       :     **Case No.:  25-12073-djb**

## ORDER

     **AND NOW,** this        day of                , 2025, it is hereby
ORDERED, DECREED and DIRECTED that Debtor's discharge is DENIED.


BY THE COURT:


_____

Hon. Derek J. Baker