**Exhibit "H"**

Form PBC-8

## PRAECIPE FOR WRIT OF EXECUTION - (MONEY JUDGMENTS)
### P.R.C.P. 3101 to 3149

We Care Legal Services, PLLC

IN THE COURT OF COMMON PLEAS OF
BUCKS COUNTY, PENNSYLVANIA

Christine <sup>vs</sup> Heasley

No. 2022-05517

PRAECIPE FOR WRIT OF EXECUTION
(MONEY JUDGMENT)

To the Prothonotary: ISSUE WRIT OF EXECUTION IN THE ABOVE MATTER.

(1)     Directed to the Sheriff of...... **Bucks** ......................nty, Penna.;

(2)     against..... Christine Heasley ................................................ Defendant

Case #: 2022-05517-0019    13946193
Main (Public)
Code: 5055     Judge:40
Rcpt 2025-724-00288   5/19/2025 12:09:56 PM

(3)     and against.......................................................................... Garnishee

(4)     and index this writ
    (a)    against..... Christine Heasley ...............................................
                                                      .................Defendant and
    (b)    against.................................................................................
                                                      .............Garnishee

as a lis pendens against the real property of the defendant in the name of the Garnishee as follows: (Specifically describe property)

Costs
#314.25

(5)    Amount due             $ 50,062.51

         Interest from            4/23/23

         Atty. Com.            ........................

         Total                 $ 55,551.56 Plus costs $................

         Inquisition and Exemption (is) (is not) Waived.

Dated.. 4/21/25 ...........................

_Leslie J. W. Fleur Esq_
Attorney for Plaintiff(s)

### NOTE

Under paragraph (1) when the writ is directed to the sheriff of another county as authorized by Rule 3103 (b), the county should be indicated.

Under Rule 3103 (c) a writ issued on a transferred judgment may be directed only to the sheriff of the county in which issued.

Paragraph (3) above should be completed only if a named garnishee is to be included in the writ.

Paragraph (4) (a) should be completed only if indexing of the execution in the county of issuance is desired as authorized by rule 3104 (a). When the writ issues to another county indexing is required as of course in that county by the Prothonotary. See Rule 3104 (b).

Paragraph (4) (b) should be completed only if real property in the name of a garnishee is attached and indexing as a lis pendens is desired. See Rule 3104 (c).

No. 2022-05517

IN THE COURT OF COMMON PLEAS OF
BUCKS COUNTY, PENNSYLVANIA

We Care Legal Services, PLLC

vs.

Christine Heasley

PRAECIPE FOR WRIT OF EXECUTION
(Money Judgments)
P.R.C.P. 3101 to 3149 etc.

Leslie F. Dillow, ESQ
Attorney for Plaintiff(s)

Address of Defendant(s)
43 Northpark Drive
Levittown, PA 19054

Where papers may be served.

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: *Counsel for Plaintiff*

Signature: *Leslie Ditlow Esq*

Name: *Leslie F. Ditlow, ESQ*

Attorney No. (if applicable): *88686*

Rev. 09/2017