**Exhibit "I"**

 Gmail     Leslie Ditlow &lt;lditlow@wecarelegalpa.com&gt;

## In re: Christine Heasley, 25-12073-djb, Transcript Request
1 message

**Leslie Ditlow &lt;lditlow@wecarelegalpa.com&gt;**     Sun, Aug 24, 2025 at 8:45 PM
To: PAEDml_TranscriptRequest@paed.uscourts.gov

Dear Sir or Madam,

Please find attached an executed Transcript Request Form in regard to the above-referenced matter.

Sincerely,

--

Leslie F. Ditlow, Esquire
Partner/Senior Attorney
**We Care Legal Services, PLLC**
3907 Newportville Road
Newportville, PA 19056
Cell:  215-594-3960
Office:  215-785-1730

The information contained in this email is confidential and may be legally privileged and protected under State and/or Federal Laws. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or failed to be taken in reliance herein is prohibited and may be unlawful.

If you have received this email in error, please contact sender at 215-594-3960. Thank you for your time and consideration in advance.

📎 **8.24.25 Executed transcript request for 7.23.25 Notes of Testimony.pdf**
1770K

| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  TRANSCRIPT ORDER | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|

*Please Read Instructions:*

| 1. NAME  Leslie F. Ditlow | 2. PHONE NUMBER  (215) 594-3960 | 3. DATE  8/24/2025 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL  lditlow@wecarelegalpa.com | 5. CITY  Newportville | 6. STATE  PA | 7. ZIP CODE  19056 |
| 8. CASE NUMBER  25-12073-djb | 9. JUDGE  Judge Derek J. Baker | DATES OF PROCEEDINGS | |
| | | 10. FROM 7/23/2025 | 11. TO 7/23/2025 |
| 12. CASE NAME  In re: Christine Heasley | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY (Virtual) Philadelphia | 14. STATE PA |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | 341 Meeting of Creditors | 7/23/2025 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [x] | [x] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE  Leslie F. Ditlow, Esquire  /s/ Leslie Ditlow Esq | PROCESSED BY | |
| 19. DATE  8/24/2025 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY