**Exhibit "J"**



**Recent searches**



heasleyc2@gmail.com

CH  Christine Heasley

Clear all

