# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Christine Heasley | : | Chapter 7 |
|  | : | |
| 43 North Park Drive | : | |
| Levittown, PA 19056 | : | |
| xxx-xx-3973 | : | |
|          Debtor | : | Case No.: 25-12073-djb |

_____

### NOTICE OF OBJECTION TO DEBTOR'S CHAPTER 7 DISCHARGE

    We Care Legal Services, PLLC has filed papers with the Court objecting to discharge and seeking an Order to deny same.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to deny discharge of your Chapter 7 discharge, or if you want the Court to consider your views on the Objection, then on or before **September 30, 2025**, you or your attorney must:

    File with the Court a written request for a hearing or, if the Court requires a written response, an answer, explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
Clerk's Office
Robert N.C. Nix Sr. Federal Building
900 Market Street, Suite 400
Philadelphia, PA 19107

    If you mail your request/response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

    You must also send a copy to:

Leslie F. Ditlow, Esquire
We Care Legal Services, PLLC
3907 Newportville Road
Newportville, PA 19056
Attorney for Movant

    Attend the hearing scheduled to be held on **September 30**, **2025**, at **10:00** a.m., in Courtroom **2**, United States Bankruptcy Court, Easter District of Pennsylvania, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107.

      Other steps required to oppose a motion or objection under local rule or Court Order.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion objecting to discharge and may enter an Order granting that relief.

Date:  August 25, 2025　　　　　　　　　　　　　　　　　　Respectfully submitted,

**/s/ Leslie F. Ditlow, Esquire**

Leslie F. Ditlow, Esquire
Attorney ID No.:  88689
Attorney for Movant,
We Care Legal Services, PLLC
3907 Newportville Road
Newportville, PA 19056
215-594-3960
lditlow@wecarelegalpa.com