# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** Christine Heasley | : | Chapter 7 |
| | : | |
| | : | |
| **Debtor** | : | Case No.: 25-12073-djb |

*******************************************

## CERTIFICATION OF SERVIECE

I, Leslie F. Ditlow, Esquire, certify that on August 25, 2025 and August 26, 2025 as indicated hereinbelow, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is appended and incorporated as if fully set forth herein, by the means indicated to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. Motion Objecting to Chapter 7 Discharge with exhibits;
2. First Notice of Objection to Debtor's Chapter 7 Discharge with exhibit; and
3. Proof of Claim with exhibit.

I certify that under penalty of perjury that the above documents was sent using the mode of service indicated.

Date:  8.26.25

/s/ Leslie F. Ditlow, Esquire
Leslie F. Ditlow, Esquire (Attorney ID No.:  88689)
We Care Legal Services, PLLC
3907 Newportville Road
Newportville, PA 19056
215-594-3960
Lditlow@wecarelegalpa.com

Mailing List Exhibit

Christine Heasley, Debtor
Via Attorney of Record:
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com
Via  CM/ECF
On August 25, 2025

Mr. Robert H. Holber, Esquire
Trustee
Robert H. Holber, P.C.
41 East Front Street
Media, PA 19063
610-565-5463
Via CM/ECF
On August 25, 2025


*U.S, Trustee*
United States Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
215-597-4411
Via CM/ECF
On August 25, 2025


Capital One Auto Finance, a division of Capital One, N.A.
Creditor
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118
Via Certified Mail, Return Receipt Requested
7019 0700 0000 0306 3187
On August 26, 2025