

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 25-12073-djb

   Christine C. Heasley,                                  Chapter 7

                        Debtor.

### Debtor's Objection to Pleading Filed at ECF No. 15

**AND NOW**, Debtor Christine C. Heasley, through her attorney, hereby objects to the pleading filed at ECF No. 15. A motion for sanctions under Fed. R. Bankr. P. 9011(b) will follow.

Date: August 27, 2025                **SADEK LAW OFFICES LLC**
                                     *Attorney for Debtor*

                                     By: /s/ Michael I. Assad
                                         Michael I. Assad (#330937)
                                         1500 JFK Blvd., Suite 220
                                         Philadelphia, PA 19102
                                         215-545-0008
                                         michael@sadeklaw.com