**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                                         Case No. 25-12073-djb

    Christine C. Heasley,                                   Chapter 7

                      Debtor.

**ORDER**

**AND NOW**, upon consideration of the *Motion for Sanctions Against We Care Legal Services PLLC* filed by Debtor Christine C. Heasley, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The pleading filed at ECF No. 15 is **STRICKEN**.

3. We Care Legal Services PLLC (the "Creditor") is held in **CONTEMPT OF COURT** under 11 U.S.C. § 105(a).

4. Under Fed. R. Bankr. P. 9011(c), monetary sanctions are imposed against the Creditor in the amount of $_____, payable to the Clerk of Court.

5. Under 11 U.S.C. § 362(k), the Creditor must pay to the Debtor:

    a. actual damages in the amount of $_____;

    b. punitive damages in the amount of $_____; and

    c. reasonable attorney's fees and costs in the amount of $_____.

6. Payment of all amounts awarded above must be made within fourteen days after entry of this order.

7. The court retains jurisdiction to enforce and interpret this order.

Date: _____                    _____
                                                          Derek J. Baker
                                                          U.S. Bankruptcy Judge