MIKE ASSAD
215-545-0008
michael@sadeklaw.com

# Sadek Law Offices, LLC

1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102

August 29, 2025

Leslie F. Ditlow
We Care Legal Services PLLC
3907 Newportville Road
Newportville, PA 19056

Re:   *In re Christine C. Heasley,* Chapter 7 Case No. 25-12073-djb
      **Motion for Sanctions Under Fed. R. Bankr. P. 9011 and 11 U.S.C. § 362(k)**

Dear Ms. Ditlow:

I represent Debtor Christine C. Heasley in the above chapter 7 bankruptcy case and write with respect to the discharge objection that you filed on August 24, 2025.

The enclosed motion for sanctions will be filed with the court unless your objection is withdrawn or appropriately corrected on or before Monday, September 22, 2025. If the motion is filed, I will request that the court hear it concurrently with your discharge objection on September 30, 2025, at 10:00 a.m.

Thank you for your attention to this matter.

Sincerely,

SADEK LAW OFFICES, LLC

Mike Assad

Enclosure