**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Christine C. Heasley,<br><br>                        *Debtor*. | Case No. 25-12073-djb<br>Chapter 7 |

**Certificate of Service**

     I, Michael I. Assad, certify that on August 30, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated ~~and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system~~:

- Debtor's Motion for Sanctions Against We Care Legal Services PLLC

- Transmittal Letter

     I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: September 23, 2025

                          /s/ Michael I. Assad
                          Michael I. Assad
                          Sadek Law Offices, LLC
                          1500 JFK Boulevard, Suite 220
                          Philadelphia, PA 19102
                          215-545-0008
                          michael@sadeklaw.com

**Mailing List Exhibit**

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Leslie F. Ditlow<br>We Care Legal Services PLLC<br>3907 Newportville Road<br>Newportville, PA 19056 | Creditor | ☒ First Class Mail |