# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:    Case No. 25-12073-djb

Christine C. Heasley,    Chapter 7

Debtor.

### Order Setting Expedited Hearing
### on Debtor's Motion for Sanctions Against We Care Legal Services LLC

**AND NOW**, upon consideration of the *Motion for Sanctions Against We Care Legal Services PLLC* filed at ECF No. 23 by Debtor Christine C. Heasley (the "Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion will be held on **September 30, 2025, at 10:00 a.m.** (the "Hearing"). The Hearing will be an evidentiary hearing conducted in the following formats:

    ☒ Video Conference using the following link: on Zoomgov.com with Join Meeting ID: 161 0657 4791
    *If no link is provided, the video conference link will be included on the hearing calendar.*

    ☒ In-Person in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), individual Respondent(s) (if any), all secured creditors and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail no later than 5:00 p.m. on September 24, 2025.

5. Service made to each party identified above through the court's CM/ECF system is effective.

6. The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on September 24, 2025.

7. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: September 24, 2025

_____
Derek J. Baker
U.S. Bankruptcy Judge