# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:  

Christine C. Heasley,

           Debtor.

Case No. 25-12073-djb

Chapter 7

## Debtor's Witnesses for Hearing on Motion for Sanctions Against We Care Legal Services PLLC

| Order of Witness | Witness Name | Testimony Description |
|---|---|---|
| 1 | Christine C. Heasley | The witness will testify to introduce evidence of the creditor's automatic stay violations and the damages caused. |