# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:  　　　　　　　　　　　　　　　　　Case No. 25-12073-djb

　　Christine C. Heasley, 　　　　　　　　 Chapter 7

　　　　　　　Debtor.

## Debtor's Exhibits for Hearing on Motion for Sanctions Against We Care Legal Services PLLC

| Exh. | Description | Offered | Objection | Admitted |
|------|-------------|---------|-----------|----------|
| D1 | Collection notices sent to Debtor from We Care Legal Services | | | |
| D2 | Invoices associated with collection notices sent to Debtor from We Care Legal Services | | | |