# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Christine Heasley | : | Chapter 7 |
| | : | |
| **43 North Park Drive** | : | |
| **Levittown, PA 19056** | : | |
| **xxx-xx-3973** | : | |
| Debtor | : | Case No.:  25-12073-djb |

_____

## MOTION TO WITHDRAW OBJECTION TO CHAPTER 7 DISCHARGE

**AND NOW,** comes We Care Legal Services, PLLC, by and through its' attorneys, Leslie F. Ditlow, Esquire, who moves to withdraw the previously filed Motion objecting to discharge of the above-captioned debtor's Chapter 7 discharge, and in support thereof, avers as follows:

1. Movant is We Care Legal Services, PLLC, a creditor of the above-captioned debtor.
2. On or about August 24, 2025, Movant filed a Motion Objecting to Debtor's Chapter 7 Discharge,
3. Movant hereby moves to withdraw the aforementioned Motion Objection to Debtor's Chapter 7 Discharge.
4. A hearing was scheduled on the aforementioned Motion on September 30, 2025 and on Debtor's Objection to the August 24, 2025 Motion described herein.
5. As Movant is withdrawing said previously filed Motion, Movant believes that the relevant hearing may be cancelled should this Honorable Court deem it appropriate.

**WHEREFORE**, Movant withdraws its' previously filed Motion Objection to Debtor's Chapter 7 Discharge.

Date:  September 28, 2025                                              Respectfully submitted,

**/s/ Leslie F. Ditlow, Esquire**

Leslie F. Ditlow, Esquire
Attorney ID No.:  88689
Attorney for Movant,
We Care Legal Services, PLLC
3907 Newportville Road
Newportville, PA 19056
215-594-3960
lditlow@wecarelegalpa.com