

United States Bankruptcy Court
Eastern District of Pennsylvania

| In re: | Case No. 25-12073-djb |
|---|---|
| Christine C. Heasley, | Chapter 7 |
| Debtor. | |

### Debtor's Reply to We Care Legal Services LLC's Motion to Withdraw Objection to Discharge

Because We Care's objection to discharge was withdrawn after the 21-day safe harbor period allowed under Rule 9011, and because there is an additional cause of action under Section 362(k), the Debtor intends to press her motion for sanctions at the hearing scheduled for September 30, 2025.

Date: September 29, 2025

**SADEK LAW OFFICES LLC**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com