# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Christine C Heasley,** | : | Bky. No. 25-12073 (DJB) |
| | : | |
| Debtor. | : | |

## ORDER

**AND NOW,** this 3rd day of November, 2025, upon consideration of the Debtor's Motion for Sanctions Against We Care Legal Services PLLC (the "Motion") [Dkt. No. 23], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART** as to the request for sanctions pursuant to Fed. R. Bankr. P. 9011(c)(4)(A), and Debtor's attorney is directed to file a certification and itemization of his fees and any costs directly related to responding to and litigating We Care's Discharge Objection by November 17, 2025 and any objections to the reasonableness thereof to be filed no later than seven (7) days thereafter; and

2. The Motion is **DENIED** as to all other requested relief.

Date: November 03, 2025

                                                                         **DEREK J. BAKER**
                                                                         **U.S. BANKRUPTCY JUDGE**