**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Christine C. Heasley, <br><br> *Debtor*. | Case No. 25-12073-djb <br> Chapter 7 |

**Declaration of Michael I. Assad**

I, Michael I. Assad, declare as follows:

1.    I am employed as an associate attorney with Sadek Law Offices LLC, the attorney for Debtor Christine C. Heasley in this bankruptcy case.

2.    I submit this declaration in accordance with the Court's order of November 3, 2025.

3.    My hourly rate is $475, which is consistent with prevailing rates for attorneys with comparable experience in this district.

4.    I spent a total of 1.50 hours on this matter, for a total of $712.50, broken down as follows:

| Description | Hours |
|---|---|
| Review of motion objecting to discharge | 0.60 |
| Research re: validity of procedurally incorrect discharge objection | 0.30 |
| Communication with debtor by email and phone | 0.50 |
| Preparation of response to motion | 0.10 |

5.    I incurred no expenses associated with this matter.

6.    The total amount of attorney's fees and expenses incurred is $712.50.

7.    All services described above were performed or incurred for or on behalf of the Debtor and related to responding to the objection to discharge filed by We Care Legal Services.

8.    All services described above are actual, necessary services and the compensation requested for those services is reasonable.

9.    I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: November 3, 2025          /s/ Michael I. Assad
                               Michael I. Assad