**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **Christine C. Heasley** | : | **CHAPTER 7** |
| | : | |
| **Debtor.** | : | **BANKRUPTCY NO. 25-12073-djb** |

**ORDER**

**AND NOW**, this 25th day of November 2025 upon consideration of the Declaration of Michael I. Assad (the "Declaration") [Dkt. No. 36], filed at the direction of this Courts order dated November 3, 2025; it is hereby **ORDERED** that the Declaration is **GRANTED** and fees shall be paid in the amount of $712.50 by We Care Legal Services to Sadek Law Offices LLC within 21 days of entry hereof.

BY THE COURT:

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE